UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

*FILED*

NOV 0 9 2022

GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Four Counts) |
| | ) | |
| v. | ) | Case No.: 3:22-cr- 78 JD-MGG |
| | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. §§ 922(a)(6) and 2 |
| | ) | 18 U.S.C. §§ 924(a)(1)(A) and 2 |
| NATHAN KEOSACKDY | ) | 18 U.S.C. §§ 932(b)(1) and 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 9, 2022, in the Northern District of Indiana,

**NATHAN KEOSACKDY,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about September 9, 2022, in the Northern District of Indiana,

**NATHAN KEOSACKDY,**

defendant herein, in connection with the acquisition of a firearm from Worldwide Jewelry & Pawn, a licensed firearms dealer, induced an individual to knowingly make a false and fictitious statement to Worldwide Jewelry & Pawn that was intended and likely to deceive Worldwide Jewelry & Pawn as to a fact material to the lawfulness of the acquisition of the firearm, in that the defendant induced the individual to execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that the individual was the actual buyer/transferee of the firearm when in fact the defendant was the actual buyer/transferee of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about September 9, 2022, in the Northern District of Indiana,

**NATHAN KEOSACKDY,**

defendant herein, knowingly made a false statement and representation to Worldwide Jewelry & Pawn, a licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Worldwide Jewelry & Pawn, in that the defendant induced an individual to execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that the individual was the actual buyer/transferee of the firearm when in fact the defendant was the actual buyer/transferee of the firearm.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about September 9, 2022, in the Northern District of Indiana,

**NATHAN KEOSACKDY,**

defendant herein, did knowingly purchase and conspire to purchase a firearm

in and otherwise affecting interstate or foreign commerce for, on behalf of,

and at the request of **NATHAN KEOSACKDY**, knowing and having

reasonable cause to believe that he had previously been convicted in any

court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 932(b)(1) and

2.

# FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts 1-4 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 934(a)(1), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of any or all of Counts 1-4 of the Indictment, the defendant, **NATHAN KEOSACKDY**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

3.      Upon conviction of Count 4 of the Indictment, the defendant, **NATHAN KEOSACKDY**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 934(a)(1), any property constituting, or derived from, any proceeds the person obtained as a result of such violation and any of the defendant's property used, or intended to be used, in any manner to facilitate the commission of such violation.

Dated:  November 9, 2022

A TRUE BILL:


 s/ Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:    s/ Jerome W. Mckeever
Jerome W. McKeever
Assistant United States Attorney